Form 3A
(10/05)

# United States Bankruptcy Court
_____ District Of _____ Illinois

In re  Antonio Ltz _____,                    Case No. 08-11068
            Debtor
                                                       Chapter  7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 74.75   Check one  ☐  With the filing of the petition, or
                        ☑  On or before  5/1/08

   $ 74.75   on or before  6/1/08

   $ 74.75   on or before  7/1/08

   $ 74.75   on or before  8/1/08

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY - 1 2008

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____            _[signature]_____  5/1/08
Signature of Attorney         Date              Signature of Debtor                Date
                                                (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                                _____  _____
                                                Signature of Joint Debtor (if any)  Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
##### District Of _____Illinois_____

In re __Antonio Lee_____,  Case No. __08-11068__
         Debtor

                                    Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐ With the filing of the petition, or
                        ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __MAY 1 - 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court